**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **JERMAINE RICHARDSON**, | ) | CASE NO. 1:21-CV-01875 |
| | ) | |
| Petitioner, | ) | JUDGE CHARLES ESQUE FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE |
| | ) | JAMES E. GRIMES JR. |
| **WARDEN WANZA JACKSON-MITCHELL**, | ) | |
| | ) | **OPINION AND ORDER ADOPTING** |
| | ) | **MAGISTRATE'S REPORT AND** |
| Respondent. | ) | **RECOMMENDATION** |

On September 29, 2021, Petitioner Ruben Martinez-Castro ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition"), pursuant to 28 U.S.C. § 2254. (ECF No. 1). On July 27, 2023, Magistrate Judge James E. Grimes Jr. filed a Report and Recommendation recommending that the Court deny and dismiss the Petition. (ECF No. 12).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to a Magistrate Judge's Report and Recommendation within 14 days after service. The Report and Recommendation also gave the parties notice of the 14-day time limit for filing objections. (ECF No. 12, R&R at Page 28). On July 27, 2023, Petitioner's counsel received electronic notice of the Report and Recommendation. As a result, any objections by the parties were due on August 10, 2023. No objection has been filed by either party to date.

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the Report and Recommendation to which the parties have objected. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). Absent objection, a district court may adopt a Report and

Recommendation without further review. *See Peretz v. United States*, 501 U.S. 923, 939 (1991); *Thomas v. Arn*, 474 U.S. 140, 141-42 (1985).

Accordingly, the Court **ADOPTS** Magistrate Judge Grime's Report and Recommendation, incorporates it fully herein by reference, and **DENIES** and **DISMISSES** the Petition. The Court also **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision cannot be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. Fed. R. App. P. 22(b); 28 U.S.C. § 2253(c).

**IT IS SO ORDERED.**

Date: August 21, 2023

_____
**CHARLES ESQUE FLEMING**
**UNITED STATES DISTRICT JUDGE**